1  DEBORAH KOCHAN (S.B. #152089)
   dkochan@kochanstephenson.net
2  MATHEW STEPHENSON (S.B. #154330)
   mstephenson@kochanstephenson.net
3  **KOCHAN & STEPHENSON**
   260 California Street, Suite 803
4  San Francisco, California  94111
   Telephone: (415) 392-6200
5  Facsimile: (415) 392-6242

6  Attorneys for Plaintiff
7  **DEREK KERR**

8
   DENNIS J. HERRERA (S.B. #139669)
9  City Attorney
   ELIZABETH S. SALVESON (S.B. #83788)
10 Chief Labor Attorney
   JONATHAN C. ROLNICK (S.B. #151814)
11 Deputy City Attorney
12 1390 Market Street, Fifth Floor (Fox Plaza)
   San Francisco, CA  94102-5408
13 Telephone:  (415) 554-3930
14 Facsimile:  (415) 554-4248
   E-mail:  Jonathan.Rolnick@sfgov.org
15
16 Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO, ET AL.
17

18              **UNITED STATES DISTRICT COURT**
19               **NORTHERN DISTRICT OF CALIFORNIA**

20 | DEREK KERR,                                      | Case No. CV 10 5733 CW |
21 |         Plaintiff,                               |                         |
22 |     v.                                           | **[PROPOSED] ORDER AND STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
23 | THE CITY AND COUNTY OF SAN FRANCISCO, MITCHELL H. KATZ, MIVIC HIROSE, COLLEEN RILEY, and DOES 1 through 25, | |
24 |                                                  |                         |
25 |         Defendants.                              |                         |
26
27
28

1 | Whereas the parties agreed to postpone mediation of this case from June 30, 2011 to September 12, 2011 in order to allow the necessary time to conduct further discovery to prepare for mediation;

Whereas the currently scheduled July 26, 2011 Case Management Conference was intended to take place after mediation should this case not resolve at mediation;

Whereas the parties agree to continue the currently scheduled Case Management Conference from July 26, 2011 at 2:00 p.m. to September 27, 2011 at 2:00 p.m.

Dated: July 7, 2011            **KOCHAN & STEPHENSON**

                                       /s/ Deborah Kochan
                                      Deborah Kochan
                                      Attorneys for Plaintiff
                                      DEREK KERR

Dated: July 7, 2011            **DENNIS J. HERRERA**, City Attorney
                                      **ELIZABETH S. SALVESON**, Chief Labor Attorney
                                      **JONATHAN C. ROLNICK,** Deputy City Attorney

                                       /s/ Jonathan C. Rolnick
                                      Jonathan C. Rolnick
                                      Attorneys for Defendants
                                      CITY AND COUNTY OF SAN FRANCISCO

1
2
3    IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for July 26,
4    2011 is continued to September 27, 2011 at 2:00 p.m.  The parties are to jointly file an updated Case
5    Management Conference statement by September 20, 2011.
6
7         IT IS SO ORDERED.
8    Dated: __**July 8**_____, 2011
9
10
                             _____
11                           Honorable Claudia Wilken
                             U.S. District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28