IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK KERR,<br><br>             Plaintiff,<br><br>     v.<br><br>THE CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>             Defendants._____/ | No. C 10-05733 CW<br><br>ORDER OF REFERENCE TO MAGISTRATE JUDGE |

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the Motion to Compel: (1) Depositions of the San Francisco Ethics Commission and Whistleblower's Program and (2) Productions of Certain Relevant Documents and **(3) all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. The hearing noticed for Thursday, August 18, 2011 is vacated. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 7/18/2011

CLAUDIA WILKEN
United States District Judge

cc: Sue; Assigned M/J w/mo.