United States District Court

For the Northern District of California

1

2

3

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6    DEREK KERR,                          Case No.  C10-05733 CW (JCS)

7              Plaintiff(s),

8         v.                             **DISCOVERY ORDER RE: PLAINTIFF'S
                                         LETTER WHETHER CCSF FAILED TO
                                         TIMELY PRODUCE DOCUMENTS
9    THE CITY & COUNTY OF SAN            RESPONSIVE TO PLAINTIFF'S
     FRANCISCO, ET AL,                   REQUEST FOR PRODUCTION [Docket
10                                       Nos. 31 & 32]**

11             Defendant(s).

12   _____/

13        On December 7, 2011, Plaintiff filed a discovery letter regarding timeliness of the City and

14   County of San Francisco's production of documents (the "Motion"). On December 8, 2011,

15   Defendants filed a response.  The Court finds the Motion appropriate for decision without oral

16   argument.

17        IT IS HEREBY ORDERED that the City and County of San Francisco shall complete its

18   search for and production of responsive emails by December 30, 2011.

19        IT IS SO ORDERED.

20

21

22   Dated:  December 13, 2011

23                                        _____
                                         JOSEPH C. SPERO
24                                       United States Magistrate Judge

25

26

27

28