UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK KERR,<br><br>   Plaintiff(s),<br><br>   v.<br><br>THE CITY & COUNTY OF SAN FRANCISCO, ET AL,<br><br>   Defendant(s). | Case No.  C10-05733 CW (JCS)<br><br>**DISCOVERY ORDER RE: PLAINTIFF'S LETTER WHETHER CCSF FAILED TO TIMELY PRODUCE DOCUMENTS RESPONSIVE TO PLAINTIFF'S REQUEST FOR PRODUCTION [Docket Nos. 31 & 32]** |

On December 7, 2011, Plaintiff filed a discovery letter regarding timeliness of the City and County of San Francisco's production of documents (the "Motion"). On December 8, 2011, Defendants filed a response.  The Court finds the Motion appropriate for decision without oral argument.

IT IS HEREBY ORDERED that the City and County of San Francisco shall complete its search for and production of responsive emails by December 30, 2011.

IT IS SO ORDERED.

Dated:  December 13, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge