IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEREK KERR,

    Plaintiff,

  v.

THE CITY AND COUNTY OF SAN FRANCISCO; MITCHELL H. KATZ; MIVIC HIROSE; and COLLEEN RILEY,

    Defendants.
                             /

No. C 10-5733 CW

ORDER REGARDING MOTION TO FILE UNDER SEAL (Docket No. 47)

    On May 31, 2012, Defendants City and County of San Francisco, Mitchell H. Katz, Mivic Hirose and Colleen Riley filed a motion to file under seal Exhibit A to the second declaration of Jonathan Rolnick in support of their motion for summary judgment. Docket No. 47. Defendants represent that Plaintiff has designated Exhibit A as confidential under the protective order in this case. Rolnick Decl. in Supp. of Mot. to Seal ¶ 2.

    If a party wishes to file a document that has been designated confidential by another party, the submitting party must file and serve an Administrative Motion for a sealing order. Civil Local Rule 79-5(d). Within seven days after the administrative motion is filed, the designating party must file a declaration establishing that the information is sealable. Id. If the designating party does not file its responsive declaration, the document or proposed filing will be made part of the public record. Id.

    Because Exhibit A is connected to a dispositive motion, to establish that it is sealable, Plaintiff "must overcome a strong

presumption of access by showing that 'compelling reasons supported by specific factual findings . . . outweigh the general history of access and the public policies favoring disclosure.'" <u>Pintos v. Pac. Creditors Ass'n</u>, 605 F.3d 665, 679 (9th Cir. 2010) (citation omitted). This cannot be established simply by showing that the document is subject to a protective order or by stating in general terms that the material is considered to be confidential, but rather must be supported by a sworn declaration demonstrating with particularity the need to file each document under seal. Civil Local Rule 79-5(a).

As of the date of this Order, Plaintiff has not filed a declaration establishing that Exhibit A is sealable. The Court grants Plaintiff seven days from the date of this Order to file such a declaration. If Plaintiff fails to do so, Exhibit A will be made part of the public record.

IT IS SO ORDERED.

Dated: July 11, 2012

CLAUDIA WILKEN
United States District Judge