DEBORAH KOCHAN (S.B. #152089)
dkochan@kochanstephenson.net
MATHEW STEPHENSON (S.B. #154330)
mstephenson@kochanstephenson.net
**KOCHAN & STEPHENSON**
260 California Street, Suite 803
San Francisco, California  94111
Telephone: (415) 392-6200
Facsimile: (415) 392-6242

Attorneys for Plaintiff
**DEREK KERR**


DENNIS J. HERRERA (S.B. #139669)
City Attorney
ELIZABETH S. SALVESON (S.B. #83788)
Chief Labor Attorney
JONATHAN C. ROLNICK (S.B. #151814)
Deputy City Attorney
1390 Market Street, Fifth Floor (Fox Plaza)
San Francisco, CA  94102-5408
Telephone:  (415) 554-3930
Facsimile:  (415) 554-4248
E-mail:  Jonathan.Rolnick@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEREK KERR,<br><br>            Plaintiff,<br><br>      v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, MITCHELL H. KATZ, MIVIC HIROSE, COLLEEN RILEY,<br><br>            Defendants. | Case No. CV 10 5733 CW<br><br>**STIPULATION RE DISCOVERY DISPUTE RE 30(b)(6) DEPOSITION RE FINAL POLICY MAKING AUTHORITY** |

1  Whereas the parties had a dispute regarding certain timely discovery propounded by plaintiff, discovery that plaintiff contends is necessary to oppose, in part, defendants' pending motion for summary judgment;

Whereas at the direction of the court, the parties met and conferred regarding the scope of plaintiff's noticed 30(b)(6) deposition relating to the custom and/or practice of the San Francisco Health Commission, the Director of Health, the Executive Administrator of Laguna Honda Hospital, and the Medical Director of Laguna Honda Hospital with respect to making decisions regarding the layoff, termination, rehire and/or reassignment of physicians at Laguna Honda Hospital.

The parties have agreed to resolve this discovery dispute as follows:

Defendants will produce a 30(b)(6) witness to describe in general terms, for the period January 1, 2005 to December 31, 2010, the custom and/or practice, if any, of the Director of Health for making decisions regarding the layoff, termination, rehire, and/or reassignment of physicians at Laguna Honda Hospital; the review, approval, disapproval, modification, or delegation of such responsibilities for such decisions, the review of the Director's decisions by any individual or entity (including in general terms the nature of such reviews), as well as the sources of authority supporting the Director of Health's exercise of such authority.

Defendants will produce a 30(b)(6) witness to describe in general terms, for the period January 1, 2005 to December 31, 2010, the custom and/or practice, if any, of the Executive Administrator of Laguna Honda Hospital for making decisions regarding the layoff, termination, rehire, and/or reassignment of physicians at Laguna Honda Hospital; the review, approval, disapproval, modification, or delegation of such responsibilities for such decisions, the review of the Executive Administrator's decisions by any individual or entity (including in general terms the nature of such reviews), as well as the sources of authority supporting the Executive Administrator's exercise of such authority.

Defendants will produce a 30(b)(6) witness to describe in general terms, for the period January 1, 2005 to December 31, 2010, the custom and/or practice, if any, of the Medical Director for Laguna Honda Hospital for making decisions regarding the layoff, termination, rehire, and/or reassignment of physicians at Laguna Honda Hospital; the review, approval, disapproval, modification, or delegation of such responsibilities for such decisions, the review of the Medical Director's decisions by any individual or entity (including in general terms the nature of such reviews), as well as the sources of authority supporting the Medical Director's exercise of such authority.

Defendants will produce a 30(b)(6) witness to describe in general terms, for the period January 1, 2005 to December 31, 2010, the custom and/or practice, if any, of the San Francisco Health Commission for making decisions regarding the layoff, termination, rehire, and/or reassignment of physicians at Laguna Honda Hospital; the review, approval, disapproval, modification, or delegation of such responsibilities for such decisions, the review of the San Francisco Health Commission's decisions by any individual or entity (including in general terms the nature of such reviews), as well as the sources of authority supporting the Commission's exercise of such authority.

Defendants and Plaintiff stipulate that they will not seek to introduce evidence that predates January 1, 2005 relating to any practice and/or custom of the individuals, positions and/or entities described above, nor will defendants argue that the time period from January 1, 2005 through December 31, 2010 is, based on the brevity of the time period, insufficient to establish the existence of any practice and/or custom of said individuals, positions and/or entities.

This agreement is not intended to limit either parties' reference to or reliance on any legal authority, despite the fact that said legal authority may predate, or the facts referenced therein may relate to events occurring before, January 1, 2005.

By use of the terms "practice" or "custom" herein, Defendants do not concede the existence of any "practice" or "custom" for purposes of municipal liability under *Monell v. Dept. of Social Services*, 436 U.S. 658, 694 (1978).

Said 30(b)(6) deposition will not be in excess of one half day (3.5 hours) in length and will be completed on or before July 12, 2012.

Dated:  July 16, 2012              **KOCHAN & STEPHENSON**

                                                  /s/ Deborah Kochan_____
                                                Deborah Kochan
                                                Attorneys for Plaintiff
                                                DEREK KERR

Dated:  July 16, 2012              **DENNIS J. HERRERA**, City Attorney
                                                **ELIZABETH S. SALVESON**, Chief Labor Attorney
                                                **JONATHAN C. ROLNICK,** Deputy City Attorney

                                                /s/ Jonathan C. Rolnick_____
                                                Jonathan C. Rolnick
                                                Attorneys for Defendants
                                                CITY AND COUNTY OF SAN FRANCISCO

Dated: July 17, 2012

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]