IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK KERR, | No. C 10-5733 CW |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EVIDENCE IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT (Docket No. 70) |
| v. | |
| THE CITY AND COUNTY OF SAN FRANCISCO; MITCHELL H. KATZ; MIVIC HIROSE; and COLLEEN RILEY, | |
| Defendants. | |

On May 31, 2012, Defendants City and County of San Francisco, Mitchell H. Katz, Mivic Hirose, and Colleen Riley filed a motion for summary judgment on Plaintiff Derek Kerr's claims against them. Docket No. 40. At that time, Defendants submitted, among other items, the declarations of Katz, Riley and Hirose in support of their motion. Docket Nos. 41-43.

On June 13, 2012, the Court granted the parties' stipulation to extend the briefing and hearing schedule on Defendants' motion. Docket No. 51. Pursuant to the Court's Order, Plaintiff had until July 19, 2012 to file his opposition to Defendants' motion for summary judgment.

On July 19, 2012, Plaintiff filed his thirty-page opposition to Defendants' motion. Docket No. 60. Because he initially improperly docketed the brief as a new motion, Plaintiff re-filed his opposition the following day. Docket No. 65.

On July 26, 2012, Defendants filed their reply in support of their motion for summary judgment. Docket No. 67.

On July 31, 2012, Plaintiff filed a new four page document containing evidentiary objections to the declarations of Katz, Riley and Hirose.  Docket No. 70.  Plaintiff also attached evidence in support of his objections, including excerpts from depositions of Riley apparently taken on June 6, 2011 and April 2, 2012.

Plaintiff's new filing violates Civil Local Rule 7-3(a), which concerns the requirements for opposition briefs and memoranda and states, "Any evidentiary and procedural objections to the motion must be contained within the brief or memorandum." Because the declarations of Katz, Riley and Hirose were submitted with Defendants' motion and not with their reply, Plaintiff's filing also was not authorized by Civil Local Rule 7-3(d)(1), which allows a party to file an objection to new evidence that the opposing party has submitted with its reply brief.  Further, the Court notes that it granted Plaintiff leave to file excess pages in opposition to Defendants' motion for summary judgment, which Plaintiff has already utilized.  See Docket Nos. 52, 53, 65.

Accordingly, the Court STRIKES Plaintiff's newly-filed evidentiary objections to the declarations of Katz, Riley and Hirose, including the evidence that Plaintiff has submitted in support of these objections (Docket No. 70).

IT IS SO ORDERED.

Dated: 8/1/2012

CLAUDIA WILKEN
United States District Judge

2